IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEROME WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:08-cv-0308-WKW |
| | ) | |
| LINDA NANTHEN, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

On May 5, 2008, the Magistrate Judge filed a Recommendation (Doc. # 6) in this case to which no timely objections were filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1.  The Recommendation (Doc. # 6) is ADOPTED;

2.  Plaintiff's complaint against Defendant Nanthen is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii);

3.  Plaintiff's challenge to the validity of his sentence is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii); and

4.  The complaint is DISMISSED prior to service of process.

An appropriate judgment will be entered.

DONE this the 3rd day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE